**Order entered January 12, 2017**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-01233-CV

### DALLAS POLICE AND FIRE PENSION SYSTEM, Appellant

### V.

### MIKE RAWLINGS, SCOTT GRIGGS, ADAM MEDRANO, CASEY THOMAS, II, CAROLYN KING ARNOLD, RICKEY D. CALLAHAN, MONICA R. ALONZO, TIFFINNI YOUNG, ERIK WILSON, MARK CLAYTON, ADAM MCGOUGH, LEE KLEINMAN, SANDY GREYSON, JENNIFER GATES, PHILLIP KINGSTON, ET AL., Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03434-2016**

## ORDER

The reporter's record in this case is overdue. By postcard dated November 28, 2016, we notified the court reporter for the 199th Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the reporter's record within thirty days. To date the reporter's record has not been filed.

Accordingly, we order Sheri J. Vecera, official court reporter for the 199th Judicial District Court to file, within **TWENTY DAYS** of the date of this order either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not requested, paid for, or made arrangements to pay for the record. *We notify*

*appellant that if we receive verification the reporter's record has not been requested, or that appellant has not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record.* See Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

Honorable Angela Tucker
Presiding Judge
199th Judicial District Court

Sheri J. Vecera
Official Court Reporter
199th Judicial District Court


All parties


/s/    CAROLYN WRIGHT
CHIEF JUSTICE